# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

In re: PALAZZOTTO, VINCENT PETER     §   Case No. 11-19538-EEB

       §

       §

Debtor(s)        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Simon E. Rodriguez, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,171,041.00          Assets Exempt: $7,870.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00         Claims Discharged
                                             Without Payment: $229,239.59

Total Expenses of Administration: $10,000.00

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,571,580.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,190.34 | 20,190.34 | 10,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 225,539.00 | 16,213.59 | 16,213.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,797,119.00 | $36,403.93 | $36,403.93 | $10,000.00 |

4) This case was originally filed under Chapter 7 on April 26, 2011. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/01/2016_____   By:_/s/Simon E. Rodriguez, Trustee_____
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| settlement of adversary | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 4110-000 | 100,045.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 57,361.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 124,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 105,409.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 84,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mortgage | 4110-000 | 287,000.00 | N/A | N/A | 0.00 |
| NOTFILED | OCWEN Loans | 4110-000 | 86,617.00 | N/A | N/A | 0.00 |
| NOTFILED | Provident Funding | 4110-000 | 174,841.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 63,537.00 | N/A | N/A | 0.00 |
| NOTFILED | Flagstar Bank | 4110-000 | 59,772.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 76,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mortgage | 4110-000 | 109,545.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 4110-000 | 73,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 58,967.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 107,507.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 95,393.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 211,530.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 129,289.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 120,931.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 55,048.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 129,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 75,158.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 74,264.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 111,859.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,571,580.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Simon E. Rodriguez, Trustee | 2100-000 | N/A | 1,750.00 | 1,750.00 | 857.63 |
| Simon E. Rodriguez, Trustee | 2200-000 | N/A | 62.09 | 62.09 | 30.43 |
| Kenneth S. Gardner | 2700-000 | N/A | 293.00 | 293.00 | 143.59 |
| Maria J Flora, Esq. | 3210-000 | N/A | 17,272.00 | 17,272.00 | 8,464.53 |
| Maria J Flora, Esq. | 3220-000 | N/A | 606.82 | 606.82 | 297.39 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.06 | 11.06 | 11.06 |
| Rabobank, N.A. | 2600-000 | N/A | 10.30 | 10.30 | 10.30 |
| Rabobank, N.A. | 2600-000 | N/A | 15.07 | 15.07 | 15.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $20,190.34 | $20,190.34 | $10,000.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,513.00 | 6,312.79 | 6,312.79 | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 8,000.00 | 8,100.09 | 8,100.09 | 0.00 |
| 3 | American Express Bank FSB | 7100-000 | N/A | 1,800.71 | 1,800.71 | 0.00 |
| NOTFILED | Citi MC | 7100-000 | 11,883.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi MC | 7100-000 | 18,550.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Federal National Mortgage Assn. | 7100-000 | 96,202.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 1,256.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Business | 7100-000 | 13,230.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA Federal Bank | 7100-000 | 18,245.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot Credit Services | 7100-000 | 9,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Card | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 9,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 3,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 22,630.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 8,339.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $225,539.00 | $16,213.59 | $16,213.59 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 11-19538-EEB | **Trustee:** (260290) | Simon E. Rodriguez, Trustee |
| **Case Name:** PALAZZOTTO, VINCENT PETER | **Filed (f) or Converted (c):** | 04/26/11 (f) |
| | **§341(a) Meeting Date:** | 05/27/11 |
| **Period Ending:** 10/01/16 | **Claims Bar Date:** | 06/13/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1080 S. Walden Way Aurora, CO 80017<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1273 S. Zeno Way Aurora, CO 80017<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85,000.00 | 0.00 | | 0.00 | FA |
| 3 | 14142 E. Colorado Dr #104, Aurora, CO 80012<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 45,000.00 | 0.00 | | 0.00 | FA |
| 4 | 14241 E. 1st Dr Aurora, CO 80011<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 90,000.00 | 0.00 | | 0.00 | FA |
| 5 | 15811 E. 13th Pl Aurora, CO 80011<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1662 S. Idalia Cir Aurora, CO 80017<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1765 Lima St Aurora, CO 80017<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 60,000.00 | 0.00 | | 0.00 | FA |
| 8 | 17859 E. Hawaii Pl Aurora, CO 80017<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85,000.00 | 0.00 | | 0.00 | FA |
| 9 | 18274 E. Arizona Place Unit F Aurora, CO 80013<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 60,000.00 | 0.00 | | 0.00 | FA |
| 10 | 20118 Andrews Place Denver, CO 80249<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 178,000.00 | 0.00 | | 0.00 | FA |
| 11 | 20686 E. Scott Cir Denver, CO 80249<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 110,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2219 S. Jasper Way Aurora, CO 80013 | 50,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-19538-EEB | Trustee: (260290) Simon E. Rodriguez, Trustee |
| Case Name: PALAZZOTTO, VINCENT PETER | Filed (f) or Converted (c): 04/26/11 (f) |
| | §341(a) Meeting Date: 05/27/11 |
| Period Ending: 10/01/16 | Claims Bar Date: 06/13/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2442 S. Norfolk St Aurora, CO 80013<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 130,000.00 | 495.00 | | 0.00 | FA |
| 14 | 2972 S. Yampa Way Aurora, CO 80011<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 156,000.00 | 0.00 | | 0.00 | FA |
| 15 | 3710 S. Danube Cir Aurora, CO 80013<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 112,000.00 | 0.00 | | 0.00 | FA |
| 16 | 433. S. Kitteredge St Unit B Aurora, CO 80015<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 17 | 4354 Lisbon St. Denver, CO 80249<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 115,000.00 | 0.00 | | 0.00 | FA |
| 18 | 4361 S. Andes Way #203 Aurora, CO 80015<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 55,000.00 | 0.00 | | 0.00 | FA |
| 19 | 4571 S. Hannibal St Aurora, CO 80015<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 54,000.00 | 0.00 | | 0.00 | FA |
| 20 | 4713 Perth St Denver, CO 80249<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 105,000.00 | 0.00 | | 0.00 | FA |
| 21 | 5783 S. Prince St Unit 115-C Littleton, CO 80120<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80,000.00 | 4,842.00 | | 0.00 | FA |
| 22 | 985 Wolff St. Denver, CO 80204<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 85,000.00 | 0.00 | | 0.00 | FA |
| 23 | 769 Galapago St Denver CO<br>Orig. Asset Memo: Imported from original petition | 287,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-19538-EEB | Trustee:   (260290)   Simon E. Rodriguez, Trustee |
| Case Name:   PALAZZOTTO, VINCENT PETER | Filed (f) or Converted (c):   04/26/11 (f) |
| | §341(a) Meeting Date:   05/27/11 |
| Period Ending: 10/01/16 | Claims Bar Date:   06/13/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| 24 | In debtors possession   Orig. Asset Memo: Imported from original petition Doc# 1 | 650.00 | 650.00 | | 0.00 | FA |
| 25 | Wells Fargo Business Checking #8368   Orig. Asset Memo: Imported from original petition Doc# 1 | 15,091.00 | 15,091.00 | | 0.00 | FA |
| 26 | Wells Fargo Business Checking #8376   Orig. Asset Memo: Imported from original petition Doc# 1 | 14,341.00 | 14,341.00 | | 0.00 | FA |
| 27 | Wells Fargo Business Checking #8384   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,186.00 | 1,186.00 | | 0.00 | FA |
| 28 | Wells Fargo VIN Checking # 5162   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,853.00 | 3,853.00 | | 0.00 | FA |
| 29 | Wells Fargo VIN Savings # 8957   Orig. Asset Memo: Imported from original petition Doc# 1 | 175.00 | 175.00 | | 0.00 | FA |
| 30 | Ladders, Tools, Mowers   Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 31 | TVs, 2 DVD Players, Stereo, Computer, Living Roo   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,420.00 | 0.00 | | 0.00 | FA |
| 32 | Coins   Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 33 | Wall Decor; paintings etc   Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 34 | Mens wearing apparel   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-19538-EEB | Trustee: (260290) Simon E. Rodriguez, Trustee |
| Case Name: PALAZZOTTO, VINCENT PETER | Filed (f) or Converted (c): 04/26/11 (f) |
| | §341(a) Meeting Date: 05/27/11 |
| Period Ending: 10/01/16 | Claims Bar Date: 06/13/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Misc. Jewelry<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 36 | Guns, Skis, Camp Gear, Bicycle<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 725.00 | 725.00 | | 0.00 | FA |
| 37 | Interest in BRVP, LLC<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 38 | Interest in GMVP, LLC<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 39 | Interest in Melody Realty<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 40 | Interest in MMAPA<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 41 | Interest in Rent-In-Colorado<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 42 | Interest in SMVP, LLC<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 43 | 2000 Honda CRV (125K Miles)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,300.00 | 0.00 | | 0.00 | FA |
| 44 | 2 Cats, 1 Dog<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 45 | settlement of adversary  (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 45 | **Assets** Totals (Excluding unknown values) | **$2,181,041.00** | **$51,508.00** | | **$10,000.00** | **$0.00** |

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-19538-EEB | **Trustee:** (260290) Simon E. Rodriguez, Trustee |
| **Case Name:** PALAZZOTTO, VINCENT PETER | **Filed (f) or Converted (c):** 04/26/11 (f) |
| | **§341(a) Meeting Date:** 05/27/11 |
| **Period Ending:** 10/01/16 | **Claims Bar Date:** 06/13/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

awaiting court to set hearing, awaiting rent receipt accounting from debtor--prepare for trial on whether rents received by the Debtor before abandonment of property is property of the estate.  continue to collect settlement payment

dispute as to whether bank accounts are estate property, objection filed but no court date set yet.  need rent receipt accounting from debtor, adversary to revoke discharge and collect rents filed, status conference on adversary set for Oct 27, 2014 Trial set for Dec 4, 2014, settlement agreement pending, if approved, then TFR once all payments are made

**Initial Projected Date Of Final Report (TFR):**     February 28, 2017        **Current Projected Date Of Final Report (TFR):**     September 26, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-19538-EEB | **Trustee:** Simon E. Rodriguez, Trustee (260290) |
| **Case Name:** PALAZZOTTO, VINCENT PETER | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7766 - Checking Account |
| **Taxpayer ID #:** **-***3327 | **Blanket Bond:** $58,776,861.00  (per case limit) |
| **Period Ending:** 10/01/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/15 | {45} | Vincent Palazzotto | Acct #01; Payment #1; settlement payment | 1249-000 | 416.67 | | 416.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 406.67 |
| 02/19/15 | {45} | Vincent Palazzotto | Acct #01; Payment #2 | 1249-000 | 416.67 | | 823.34 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 813.34 |
| 03/16/15 | {45} | Vincent Palazzotto | Acct #01; Payment #3 | 1249-000 | 416.67 | | 1,230.01 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,220.01 |
| 04/27/15 | {45} | Vincent Palazzotto | Acct #01; Payment #4 | 1249-000 | 416.67 | | 1,636.68 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,626.68 |
| 05/19/15 | {45} | Vincent Palazzotto | Acct #01; Payment #5 | 1249-000 | 416.67 | | 2,043.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,033.35 |
| 06/22/15 | {45} | Vincent Palazzotto | Acct #01; Payment #6 | 1249-000 | 416.67 | | 2,450.02 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,440.02 |
| 07/20/15 | {45} | Settlement of Adversary | Acct #01; Payment #7 | 1249-000 | 416.67 | | 2,856.69 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,846.69 |
| 08/19/15 | {45} | Vincent Palazzotto | Acct #01; Payment #8 | 1249-000 | 416.67 | | 3,263.36 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,253.36 |
| 09/17/15 | {45} | Vincent Palazzotto | Acct #01; Payment #9 | 1249-000 | 416.67 | | 3,670.03 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,660.03 |
| 10/20/15 | {45} | Vincent Palazzotto | Acct #01; Payment #10 | 1249-000 | 416.67 | | 4,076.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,066.70 |
| 11/16/15 | {45} | Vincent Palazzotto | Acct #01; Payment #11 | 1249-000 | 416.67 | | 4,483.37 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,473.37 |
| 12/18/15 | {45} | Vincent Palazzotto | Acct #01; Payment #12 | 1249-000 | 416.67 | | 4,890.04 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,880.04 |
| 01/25/16 | {45} | Vincent Palazzotto | Acct #01; Payment #13 | 1249-000 | 416.67 | | 5,296.71 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,286.71 |
| 02/18/16 | {45} | Vincent Palazzotto | Acct #01; Payment #14 | 1249-000 | 416.67 | | 5,703.38 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,693.38 |
| 03/25/16 | {45} | Vincent Palazzotto | Acct #01; Payment #15 | 1249-000 | 416.67 | | 6,110.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,100.05 |
| 04/21/16 | {45} | Vincent Palazzotto | Acct #01; Payment #16 | 1249-000 | 416.67 | | 6,516.72 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,506.72 |
| 05/18/16 | {45} | Vincent Palazzotto | Acct #01; Payment #17 | 1249-000 | 416.67 | | 6,923.39 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,913.39 |
| 06/21/16 | {45} | Vincent Palazzotto | Acct #01; Payment #18 | 1249-000 | 416.67 | | 7,330.06 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.06 | 7,319.00 |
| 07/19/16 | {45} | Vinvert Palazzotto | Acct #01; Payment #19 | 1249-000 | 416.67 | | 7,735.67 |

| | | | Subtotals : | | $7,916.73 | $181.06 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-19538-EEB | |
| **Case Name:** | PALAZZOTTO, VINCENT PETER | |
| **Taxpayer ID #:** | **-***3327 | |
| **Period Ending:** | 10/01/16 | |

| | |
|---|---|
| **Trustee:** | Simon E. Rodriguez, Trustee (260290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7766 - Checking Account |
| **Blanket Bond:** | $58,776,861.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.30 | 7,725.37 |
| 08/01/16 | | Vincent Palazzotto | Acct #01; Payment #20, 21, 22, 23, 24 | | 2,083.27 | | 9,808.64 |
| | {45} | | Acct #01; Payment #20          416.67 | 1249-000 | | | 9,808.64 |
| | {45} | | Acct #01; Payment #21          416.67 | 1249-000 | | | 9,808.64 |
| | {45} | | Acct #01; Payment #22          416.67 | 1249-000 | | | 9,808.64 |
| | {45} | | Acct #01; Payment #23          416.67 | 1249-000 | | | 9,808.64 |
| | {45} | | Acct #01; Payment #24          416.59 | 1249-000 | | | 9,808.64 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.07 | 9,793.57 |
| 09/26/16 | 101 | Simon E. Rodriguez, Trustee | Dividend paid  49.00% on $1,750.00, Trustee<br>Compensation;  Reference: | 2100-000 | | 857.63 | 8,935.94 |
| 09/26/16 | 102 | Simon E. Rodriguez, Trustee | Dividend paid  49.00% on $62.09, Trustee<br>Expenses;  Reference: | 2200-000 | | 30.43 | 8,905.51 |
| 09/26/16 | 103 | Kenneth S. Gardner | Dividend paid  49.00% on $293.00, Clerk of<br>the Court Costs (includes adversary and other<br>filing fees);  Reference: | 2700-000 | | 143.59 | 8,761.92 |
| 09/26/16 | 104 | Maria J Flora, Esq. | Combined Check for Claims#D,E | | | 8,761.92 | 0.00 |
| | | | Dividend paid  49.00%          8,464.53<br>on $17,272.00;  Claim#<br>D; Filed: $17,272.00 | 3210-000 | | | 0.00 |
| | | | Dividend paid  49.00%          297.39<br>on $606.82;  Claim# E;<br>Filed: $606.82 | 3220-000 | | | 0.00 |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$10,000.00** | **$10,000.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7766** | 10,000.00 | 10,000.00 | 0.00 |
| | **$10,000.00** | **$10,000.00** | **$0.00** |